George M. Rush (California Bar # 212952)
Law Offices of George M. Rush
220 Montgomery St., Suite 411
San Francisco, CA 94104
Phone: (415) 393 8005
Fax: (415) 393 8021
Email: george@gmrush.com

Attorney for Defendants
Alan Elliott, and Al's Records and Tapes

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARETHA FRANKLIN, | ) Case No.: CV11-07225 |
| Plaintiff, | ) **Notice of Motion to Dismiss** |
| vs. | ) Judge: Percy Anderson |
| ALAN ELLIOTT, and, AL'S RECORDS AND TAPES. | ) Courtroom: Room 15 — Spring Street Floor |
| Defendants. | ) Date: November 28, 2011 |

To:     Arnold Reed, Esq.

3225 Northwestern Hwy., Ste. 251

Farmington Hills, MI 48334

Kendric V. Rollins, Esq.

11661 San Vicente Blvd. Suite 303

Los Angeles, CA 90049

Attorneys for Aretha Franklin

1

1
2
3  TAKE NOTICE that on Monday November 28, at 1:30pm, or as soon after
4  that time as counsel can be heard, George M. Rush will move the court,
5  at Courtroom No. 15 - Spring St. Floor, United States District
6  Courthouse, 312 N. Spring St., Los Angeles, California, for an order
7  dismissing the action, pursuant to Fed. R. Civ. P 12(b)(6). This
8  motion is made on the grounds that plaintiff's complaint fails to
9  state a claim on which relief may be granted, as set forth in greater
10 detail in the accompanying memorandum of law.
11
12 This motion is made following the conference of counsel pursuant to
13 Local Rule 7-3, which took place on October 19, 2011.
14
15 Dated: October 24, 2011
16
17                                        Law Offices of George M. Rush
                                          By: _____
18                                        George M. Rush
                                          Attorney for Defendants
19
20
21
22
23
24
25
26
27
28